PROB 12C
Rev 2/03
RE:   **PRUITT, Kenneth**
      **1:01CR00032-07**

## United States District Court

06 APR -7 PM 1:00

for

### Southern District of Ohio

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Kenneth Pruitt**                                      Case Number: **1:01CR00032-07**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
                                       **United States District Judge**

Date of Original Sentence: **April 8, 2002**

Original Offense: **Conspiracy to Distribute and to Possess with Intent to Distribute and Distribution of Cocaine and Cocaine Base, in violation of 21 U.S.C. § 846.**

Original Sentence: **27 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**             Date Supervision Commenced: **June 18, 2003**

### PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue an Order to Appear and Show Cause and Toll Supervision
[ ]   To grant an exception to revocation without a hearing

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 "The defendant shall not possess a firearm, destructive device, or any other dangerous weapon." | On March 28, 2006, the offender was charged with Having Weapons While Under Disability and Carrying Concealed Weapons in Hamilton County, Ohio Common Please Court case number B-0602424 after it was alleged he possessed a Glock Model 26, 9 millimeter handgun on March 18, 2006. |
| #2 "The defendant shall not commit another federal, state, or local crime." | On March 28, 2006, the offender was charged with Carrying Concealed Weapons and Having Weapons While Under Disability in Hamilton County, Ohio Common Please Court case number B-0602424. |

U.S. Probation Officer Recommendation:   On April 8, 2002, the defendant was sentenced to 27 months imprisonment, to be followed by a three-year term of supervised release, after being found guilty of Conspiracy to Distribute and to Possess with Intent to Distribute and Distribution of Cocaine and Cocaine Base, in violation of 21 U.S.C. § 846.  The defendant commenced his term of supervised release on June 18, 2003.  He has been supervised by the U. S. Probation Office in Cincinnati, Ohio.

PROB 12C
Rev 2/03

2

RE:    PRUITT, Kenneth
       1:01CR00032-07

This officer is writing to advise the Court that Pruitt was charged with Carrying Concealed Weapons and Having Weapons While Under Disability on March 28, 2006 in Hamilton County, Ohio Common Please Court case number B-0602424 after it was alleged he possessed a Glock Model 26, 9 millimeter handgun on March 18, 2006.

This officer interviewed the arresting officer. According to the officer, Pruitt was stopped in Springfield Township, Ohio on March 18, 2006 for a traffic violation. The officer's partner allegedly observed a loaded Glock Model 26, 9 millimeter handgun concealed in the storage pouch behind the front passenger seat. The firearm was reportedly within easy reach of the offender. The offender allegedly admitted he knew the firearm was there, and it had been in the car since the previous night when he went to a nightclub.

Pruitt was released on bond March 20, 2006 and remains free. His Federal supervision is scheduled to expire on June 17, 2006. It is respectfully recommended the Court issue a summons to bring the offender before the Court regarding the above violations. It is also recommended the Court toll the offenders Supervised Release pending the outcome of the state charges.

The term of supervision should be
- [X] Revoked.
- [ ] Extended for years, for a total term of years.
- [ ] Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
- [ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Approved,

Executed on **April 6, 2006**        by

Thomas Barbeau
U.S. Probation Officer

John Cole
Supervising U.S. Probation Officer
Date:    **April 6, 2006**

THE COURT ORDERS:

- [ ] No Action
- [ ] The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
- [X] The Issuance of an Order to Appear and Show Cause and that the offender's term of Supervised Release be tolled.
- [ ] The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
- [ ] Other

Signature of Judicial Officer

Date  4/6/06