AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

SOUTHERN                DISTRICT OF                OHIO

| UNITED STATES OF AMERICA<br>V.<br><br>KENNETH PRUIT<br>8959 Ebro Court<br>Cincinnati, OH 45231<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   1:01-CR-0032-07 |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>U.S. DISTRICT COURT<br>100 E. FIFTH STREET<br>CINCINNATI, OH 45202 | Room<br>708 |
|---|---|
| | Date and Time<br>APRIL 27, 2006 @ 1:30 PM |
| Before:   Magistrate Judge Black | |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   X Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:
(SEE ATTACHED)


**James Bonini, Clerk**                                 _/s/ signature_
Name and Title of Issuing Officer                        Signature of Issuing Officer

APRIL 7, 2006
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  Date 04/11/06 AT 11:30 AM

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

8959 EBRO CT. CINCINNATI, OH 45231

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  04/11/06
                Date

J. WAHLRAB
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.