CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                          Case 1:01CR32-7

vs

KENNETH PRUITT

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter: Mary Ann Ronz
Date:                4/27/06, 1:00 PM

Attorney for USA:           Ken Parker
Attorney for Defendant:     Federal Public Defender
                            C Ransom Hudson

__✓__ Initial appearance held. Defendant informed of rights and charges.

_____ Case continued for Probable Cause Hearing _____ Detention Hearing _____
        on _____
_____ Probable cause hearing held/waived. Defendant to appear before District Judge
        _____ for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

_____ Defendant DETAINED pending hearing.
__✓__ Defendant RELEASED on _____OR_____ bond

__✓__ Order APPOINTING counsel _____FPD_____

Remarks:
△ here on summons
_____
_____