# United States District Court

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

VS

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 1:01cr32-07

KENNETH PRUIT
8959 Ebro Court
Cincinnati, OH 45231

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place: U.S. District Court, 100 E. 5th St., Cincinnati, Ohio | Room: 708 |
|---|---|
| Before: Magistrate Judge Timothy S. Black | Date and Time: APRIL 27, 2006 @ 1:00 pm |

To answer a(n)

Indictment    Information    Complaint    X  Violation Notice    Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

supervised release violation

_____
Signature of issuing Officer

April 11, 2006
Date

*[Stamp: I certify that this is a true and correct copy of the original filed in my office on 4/11/06. JAMES BONINI, CLERK BY: _____ Deputy Clerk DATE: 4/11/06]*

Name and Title of issuing Officer

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: 04/18/06 AT 15:00          Date

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 8959 EBRO CT. CINCINNATI, OH 45231

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 04/18/06
         Date

J. WAHLRAB
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks: