UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. CR-1-01-032-7 |
| vs. | : | Senior Judge Weber |
| KENNETH PRUITT, | : | |
| Defendant. | : | |

### MOTION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING

Now comes the Defendant, Kenneth Pruitt ("Mr. Pruitt"), by and through counsel, respectfully requesting a continuance of his Supervised Release Revocation Hearing for approximately one month until late July 2006.

As background, Mr. Pruitt had his Initial Appearance on April 27, 2006. A revocation hearing date was set on or about June 26, 2006, which would be a date far enough away for Mr. Pruitt to resolve his state case, essentially the basis for his alleged violations of supervised release. Indeed, Mr. Pruitt has been released on bond in federal court to address his state charges.

Mr. Pruitt's state case has now been continued until June 26, 2006, the same date as his scheduled revocation hearing. Because Mr. Pruitt cannot be in two places at once, and because he needs to resolve his state case in order to know how to proceed with his federal case, Mr. Pruitt requests this continuance.

The Assistant United States Attorney in this case, Kenneth L. Parker, has been advised of the situation and has no objection to the continuance.

Based on the above, Mr. Pruitt respectfully requests a continuance of the trial date for approximately one month until late July 2006.

    STEVEN S. NOLDER
    ACTING FEDERAL PUBLIC DEFENDER

    *s/ C. Ransom Hudson*
    C. Ransom Hudson(0061332)
    Assistant Federal Public Defender
    2000 URS Center
    36 East Seventh Street
    Cincinnati, Ohio 45202
    (513) 929-4834

    Attorney for Defendant
    Kenneth Pruitt

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Kenneth L. Parker, Assistant United States Attorney.

    *s/ C. Ransom Hudson*
    C. Ransom Hudson