IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA        :    Case No.: C-1-01-32-7

      Plaintiff,        :    ( Judge Herman J. Weber)

v.        :

KENNETH PRUITT,        :
      Defendant
              :

**ORDER**

Defendant's Motion to Continue Hearing (#287) is GRANTED. The Revocation Hearing in the above styled case is RESCHEDULED to Tuesday, August 8, 2006 at 1:30 p.m.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court