IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: CR-1-01-32 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| KENNETH PRUITT | : |  |
| Defendant | : |  |

**ORDER**

Pursuant to the request of counsel, the Revocation Hearing currently scheduled for August 8, 2006 is RESCHEDULED to Wednesday, August 30, 2006 at 10:00 a.m.

**IT IS SO ORDERED.**

       s/Herman J. Weber
Herman J. Weber, Senior Judge
United States District Court