IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: CR-1-01-32 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : | |
| KENNETH PRUITT | : | |
| Defendant | : | |
| | : | |

**ORDER**

Pursuant to the request by counsel for the defense, the Revocation Hearing currently scheduled for August 30, 2006 is RESCHEDULED to Wednesday, October 25, 2006 at 1:30 p.m.

**IT IS SO ORDERED.**

                                            s/Herman J. Weber_____
                                            Herman J. Weber, Senior Judge
                                            United States District Court