UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: CR-1-01-32 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| KENNETH PRUITT, | : |  |
| Defendant | : |  |

**ORDER**

Parties are advised that the Revocation Hearing currently scheduled for October 25, 2006 is RESCHEDULED to Wednesday, November 1, 2006 at 1:30 p.m.

**IT IS SO ORDERED.**

                                                _s/Herman J. Weber_____
                                                 Herman J. Weber, Senior Judge
                                                 United States District Court