UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: CR-1-01-32 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| KENNETH PRUITT | : |  |
| Defendant | : |  |

**ORDER**

Pursuant to the oral request by counsel for the defense, and with the agreement of counsel for the Government, the Revocation Hearing currently scheduled for November 1, 2006 is RESCHEDULED to December 19, 2006 at 10:00 a.m.

**IT IS SO ORDERED.**

         _____s/Herman J. Weber_____
          Herman J. Weber, Senior Judge
          United States District Court