## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. CR-1-01-032-7 |
| vs. | : | Senior Judge Weber |
| KENNETH PRUITT, | : | |
| Defendant. | : | |

### MOTION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING

Now comes the Defendant, Kenneth Pruitt ("Mr. Pruitt"), by and through counsel, respectfully requesting a continuance of his Supervised Release Revocation Hearing for approximately until middle or late February 2007.

As background, Mr. Pruitt had his Initial Appearance on April 27, 2006. A revocation hearing date has been reset several times in order for Mr. Pruitt to resolve his state case, essentially the basis for his alleged violations of supervised release.[1] Mr. Pruitt's most recent date for a revocation hearing date was set for December 19, 2006.

Mr. Pruitt's state case has now been continued until February 1, 2007. Mr. Pruitt requests another continuance to resolve his state case in order to know how to proceed with his federal case.

The Assistant United States Attorney in this case, Kenneth L. Parker, has been advised of the situation and does not objection to the continuance.

---

[1] Mr. Pruitt has been released on bond in federal court to address his state charges.

Based on the above, Mr. Pruitt respectfully requests a continuance of the trial date for approximately one month until middle or late February 2007.

STEVEN S. NOLDER
ACTING FEDERAL PUBLIC DEFENDER

*s/ C. Ransom Hudson*
C. Ransom Hudson(0061332)
Assistant Federal Public Defender
2000 URS Center
36 East Seventh Street
Cincinnati, Ohio 45202
(513) 929-4834

Attorney for Defendant
Kenneth Pruitt

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Kenneth L. Parker, Assistant United States Attorney.

*s/ C. Ransom Hudson*
C. Ransom Hudson