UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              CR-1-01-32-07

KENNETH PRUITT,

        Defendant.

## ORDER

This matter is before the Court upon defendant's Motion To Continue Supervised Release Revocation Hearing (doc. no. 296). The defendant requests that the Court continue the Hearing date presently set on Tuesday, December 19, 2006. He requests the continuance to resolve the pending state case which is the basis for the alleged violations of supervised release. That case has been continued until February 1, 2007. The United States has no objection to the continuance. In the interest of justice, therefore, the Court hereby **GRANTS** the defendant's request. Accordingly, the Supervised Release Revocation Hearing date of December 19, 2006 is **VACATED** and is **RESET** on **Wednesday, February 28, 2007 at 1:30 P.M.**

    IT IS SO ORDERED.

                                                        HERMAN J. WEBER, SENIOR JUDGE
                                                        UNITED States District Court