UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | Case No.: CR-1-01-32 |
| UNITED STATES OF AMERICA, |  |  |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| KENNETH PRUITT, |  |  |
| Defendant |  |  |
|  | : |  |

**ORDER**

Pursuant to the request by counsel for the Defense, the Revocation Hearing currently scheduled for February 28, 2007 is RESCHEDULED to Thursday, April 19, 2007 at 1:30 p.m.

**IT IS SO ORDERED.**

                                                                            s/Herman J. Weber
                                                              Herman J. Weber, Senior Judge
                                                              United States District Court