UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | Case No.: CR-1-01-32 |
| UNITED STATES OF AMERICA, |  |  |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| KENNETH PRUITT, |  |  |
| Defendant |  |  |
|  | : |  |

**ORDER**

Parties are hereby advised that the Revocation Hearing scheduled for April 19, 2007 is

RESCHEDULED to Wednesday, May 16, 2007 at 1:30 p.m.

**IT IS SO ORDERED.**

_____ s/Herman J. Weber_____
Herman J. Weber, Senior Judge
United States District Court