UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - REVOCATION HEARING**

UNITED STATES OF AMERICA
     -vs-                                    CASE NO. CR-1-01-32
**KENNETH PRUITT**

---

COUNSEL PRESENT:
ASSISTANT UNITED STATES ATTORNEY: Kenneth Parker
DEFENSE: Ransom Hudson

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk : Amy Thomas

Court Reporter Julie Patrick (Tri-County / Contract)

Courtroom Deputy Darlene Maury

Probation Officer: Thomas Barbeau

DATE: Wednesday, May 16, 2007
TIME: 1:30 p.m. - 2:10 p.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING. Defendant present with counsel.

Defendant admits violation. The Court finds that defendant has violated his Conditions of Supervised Release.

**IT IS ORDERED** that defendant Kenneth Pruitts Supervised Release be **REVOKED** and the defendant be **COMMITTED TO THE CUSTODY OF THE UNITED STATES BUREAU OF PRISONS FOR A PERIOD OF ONE (1) DAY followed by 2 years of Supervised Release.**

**Defendant advised of Special Conditions and Standard Conditions of Supervised Release.**

**Defendant Ordered to pay the balance of the original fine.**

Defendant advised of right to appeal.